**Order entered October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00552-CV**

**EL PAISANO NORTHWEST HIGHWAY, INC., A/B/A TAQUERIA EL PAISANO, Appellant**

**V.**

**ELIZABETH MARTINEZ, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17249**

**ORDER**

Before the Court is the October 18, 2021 request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for a five-day extension of time to file the reporter's record. Ms. Reagor informs the Court that the record is complete but she is awaiting payment of the balance of her fee. We **GRANT** the request and extend the time to **October 25, 2021**.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE